```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
RAFAEL HERNANDEZ,

                Plaintiff,

-against-

ABITINO ROCK CENTER LLC
(DBA ABITINO'S PIZZERIA ROCK CENTER),
MARIO ABITINO and DOMENICO ABITINO,
individually,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2024
```

24 Civ. 1489 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 1, 2024, the Court granted Plaintiff's request to extend the parties' deadline to submit a joint letter and proposed case management by two weeks. ECF No. 13. Those submissions are now overdue.

    Accordingly, by **May 28, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 15, 2024
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge