

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/21/2024



## STILLMAN LEGAL, P.C
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

August 20, 2024

Hon. Analisa Torres
United States District Judge
United States District Court
Eastern District of New York

**Request for Extension of Time to Submit Cheeks Motion – Hernandez v. Abitino Rock Center LLC et al., Case No. 1:24-cv-01489-AT**

Dear Judge Torres,

I represent the Plaintiff in the above-referenced matter. I write to respectfully request a one-week extension, until August 26, 2024, to submit the Cheeks motion, which was due on August 19, 2024.

The parties have been working diligently to finalize the settlement agreement. However, we require additional time to ensure all terms are accurately reflected and to address a few outstanding issues. We anticipate that this brief extension will allow us to submit a motion that fully complies with the Court's requirements.

This is our first request for an extension of this deadline, and we do not expect to require additional time beyond this extension. We sincerely appreciate the Court's consideration of this request and apologize for any inconvenience caused by this brief delay.

Thank you for your attention to this matter.


GRANTED.

SO ORDERED.

Dated: August 21, 2024
     New York, New York

_____
**ANALISA TORRES**
**United States District Judge**