USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/27/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL HERNANDEZ,

                Plaintiff,

-against-

ABITINO ROCK CENTER LLC (DBA ABITINO'S PIZZERIA ROCK CENTER), MARIO ABITINO and DOMENICO ABITINO, individually,

                Defendants.

24 Civ. 1489 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 20, 2024, Plaintiff requested that the Court extend the deadline to file the parties' settlement agreement to August 26, 2024. ECF No. 26. The Court granted the request. ECF No. 27. That submission, however, is now overdue.

    Accordingly, by **September 9, 2024**, the parties shall submit the requisite documents for *Cheeks* review in accordance with the Court's July 18, 2024 order. *See* ECF No. 25.

    SO ORDERED.

Dated: August 27, 2024
         New York, New York

                                            ANALISA TORRES
                                      United States District Judge